

# NUMBER 13-24-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EDELMIRO H. DE LA ROSA,
AS THE REPRESENTATIVE OF THE
ESTATE OF ESMERALDA DE LA ROSA,
DECEASED,                                                                      Appellant,

v.

STRIPES LLC,                                                                      Appellee.

## ON APPEAL FROM THE PROBATE COURT NO. 1
## OF CAMERON COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Longoria, Tijerina, and Peña
### Memorandum Opinion by Justice Longoria

This matter is before the Court on appellant's motion to dismiss appeal. Appellant

requests that this appeal be dismissed.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
5th day of December, 2024.

2